DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LLANO FINANCING GROUP, LLC,**
Appellant,

v.

**DAVID NYITRAY, KAMPHAUS NYITRAY & ASSOCIATES,**
Appellees.

No. 4D16-3866

[January 10, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 2015CA008876 XXXXMB.

Robert J. Hauser of Pankauski Hauser PLLC, West Palm Beach, for appellant.

Alex Tirado-Luciano of Lydecker Diaz, Miami, for appellees.

PER CURIAM.

*Affirmed. See Llano Financing Group, LLC v. Yespy*, 228 So. 3d 108 (Fla. 4th DCA 2017).

GROSS, CIKLIN and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***